UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CARLOS DELPALACIO,<br><br>    Petitioner,<br><br>    v.<br><br>M. L. MUNIZ, Warden<br><br>    Respondent. | Case No. 16-04190 EJD (PR)<br><br>**ORDER OF DISMISAL** |

Petitioner, a California prisoner, filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The Clerk notified Petitioner that he needed to either pay the filing fee or file a motion for leave to proceed in forma pauperis ("IFP"). (Docket No. 3.) Petitioner notified the Court that he intended to pay the filing fee and requested additional time in which to do so. (Docket No. 5 at 2.) On October 5, 2016, the Court granted Petitioner an additional twenty-eight days to either pay the filing fee or file an IFP application. (Docket No. 8.) Petitioner has not paid the filing fee or had any further communication with the Court. Accordingly, his petition is **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

Dated: __11/23/2016__                    _____
                                                         EDWARD J. DAVILA
                                                         United States District Judge