1

2

3

4

5

6

7

8            UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA

10

11   JOSE CARLOS DELPALACIO,              Case No. 16-04190 EJD (PR)
         Petitioner,
12                                         **ORDER DENYING MOTION FOR**
         v.                                **CERTIFICATE OF**
13                                         **APPEALABILITY**
14   M. L. MUNIZ, Warden,
         Respondent.
15

16                                         (Docket No. 28)

17

18        On April 24, 2018, the Court dismissed Petitioner's pro se petition for a writ of

19   habeas corpus under 28 U.S.C. § 2254 on the grounds that it was untimely, and entered

20   judgment accordingly.  (Docket Nos. 25 and 26.)  In the same order, the Court denied a

21   certificate of appealability.  (Docket No. 25 at 10.)  Accordingly, Petitioner's post

22   judgment motion for a certificate of appealability, (Docket No. 28), is **DENIED** for the

23   same reason stated in Court's order denying the petition:

24        Petitioner has not shown "that jurists of reason would find it debatable
          whether the petition states a valid claim of the denial of a constitutional
25        right and that jurists of reason would find it debatable whether the district
          court was correct in its procedural ruling."  Slack v. McDaniel, 529 U.S.
26        473, 484 (2000).
27

28   (Docket No. 25 at 10.)

1    This order terminates Docket No. 28.

2    **IT IS SO ORDERED**.

3    Dated: _____6/27/18_____

     EDWARD J. DAVILA
4    United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24    Order Denying COA
25    P:\PRO-SE\EJD\HC.16\04190Delpalacio_coa

26

27

28